UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS DAMPEER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10 C 6042 |
| | ) | |
| v. | ) | Magistrate Judge Denlow |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

### COMMISSIONER'S MOTION TO AFFIRM THE COMMISSIONER'S DECISION

Defendant, Michael J. Astrue, Commissioner of Social Security, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves pursuant to 42 U.S.C. § 405(g), for judgment to be entered affirming the Commissioner's decision.

A memorandum in support is filed with this motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Kathryn A. Kelly
    KATHRYN A. KELLY
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1936
    kathryn.kelly@usdoj.gov